**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

|  |  |  |
|---|---|---|
| In re: | : |  |
|  | : |  |
| **Michael L Ruff** | : | **Case No.:  19-18122** |
| **Rochelle Fackler** | : | **Chapter 13** |
|  | : | **Judge Timothy A. Barnes** |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
|  | : |  |

### OBJECTION OF BEAL BANK USA TO THE CONFIRMATION OF THE PLAN (DOCKET NUMBER 2)

Beal Bank USA ("Movant") by and through its undersigned counsel, objects to the confirmation of the currently proposed plan ("Plan") filed by Michael L Ruff and Rochelle Fackler (collectively, "Debtor") as follows:

1. Movant holds a security interest secured by a mortgage lien on Debtor's property commonly known as 4840 179th St, Country Club Hills, IL 60478 ("Property").

2. Movant intends to file a Proof of Claim in the amount of $145,282.12.  This amount includes a pre-petition arrearage in the amount of $74,871.14.

3. Debtor's Plan fails to provide for Movant's secured claim.

4. Upon information and belief, Debtor still holds an interest in the Property.

5. As a result, Debtor's Plan fails to meet the requirements of 11 U.S.C. §1325(a)(5) as it fails to provide for a secured claim.  Movant requests that Debtor amend the Plan to either provide for or surrender Movant's claim.

WHEREFORE, Movant respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

19-023952_SJW

/s/ Todd J. Ruchman
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Todd J.
Ruchman.
Contact email is
tjruchman@manleydeas.com

19-023952_SJW

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection of Beal Bank

USA to the Confirmation of the Original Plan was served on the parties listed below via e-mail

notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S.
Dearborn Street, Room 873, Chicago, IL 60604

Marilyn O. Marshall, 224 South Michigan Ste 800, Chicago, IL  60604,
courtdocs@chi13.com

David M Siegel, Attorney for Michael L Ruff and Rochelle Fackler, David M. Siegel &
Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July  31 , 2019:

Michael L Ruff and Rochelle Fackler, 4840 W 179th, Country Club Hills, IL  60478

Michael L Ruff and Rochelle Fackler, 4840 179th St, Country Club Hills, IL 60478

Fawn Ridge Condo, P.O. BOX 090159, Staten Island, NY  10309

Mgc Mortgage, 1 Corporate Dr, Lake Zurich, IL  60047

/s/  Todd J. Ruchman

19-023952_SJW