# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Michael L Ruff | ) | Chapter 13 |
| Rochelle Fackler | ) | Case No. 19 B 18122 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Michael L Ruff
Rochelle Fackler
4840 W 179th
Country Club Hills, IL  60478

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On September 19, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, August 24, 2019.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 06/26/2019.

2. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

3. The debtor(s) have failed to resolve the pending objection(s) to the plan.

4. The debtor(s) have failed to provide a Comparative Market Analysis to substantiate the value of the property listed on schedule A.

5. The debtor(s) have failed to file a feasible plan. The proposed plan now runs 64 months.

6. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE