**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| **In re:** | : |
|  | : |
| **Michael L Ruff** | : Case No.: 19-18122 |
| **Rochelle Fackler** | : Chapter 13 |
|  | : Judge Timothy A. Barnes |
| **Debtor.** | : * * * * * * * * * * * * * * * * * * * * * |
|  | : |

## NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee, Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL  60604
courtdocs@chi13.com

David M Siegel
Attorney for Michael L Ruff and Rochelle Fackler
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL  60090
davidsiegelbk@gmail.com

**Notified via US Postal Service**

Michael L Ruff and Rochelle Fackler
4840 W 179th
Country Club Hills, IL  60478

Rochelle Fackler
4840 179th St
Country Club Hills, IL  60478

19-023952_CAM4

Fawn Ridge Condo
P.O. BOX 090159
Staten Island, NY  10309

Please take notice that on October 3, 2019, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Timothy A. Barnes, 219 South Dearborn, Courtroom 744, Chicago, IL, 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, on 20th day of September, 2019, unless a copy was provided electronically by the Clerk of the Court.

Date  September 20, 2019

/s/ Umair Malik

Signature

19-023952_CAM4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, courtdocs@chi13.com

David M Siegel, Attorney for Michael L Ruff and Rochelle Fackler, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 20, 2019:

Michael L Ruff and Rochelle Fackler, 4840 W 179th, Country Club Hills, IL 60478

Rochelle Fackler, 4840 179th St, Country Club Hills, IL 60478

Fawn Ridge Condo, P.O. BOX 090159, Staten Island, NY 10309

/s/ Umair Malik

19-023952_CAM4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| **In re:** | : |
| | : |
| **Michael L Ruff** | : Case No.: 19-18122 |
| **Rochelle Fackler** | : Chapter 13 |
| | : Judge Timothy A. Barnes |
| **Debtor.** | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY (FIRST MORTGAGE)**

Beal Bank USA ("Creditor"), hereby moves the Court ("Motion"), pursuant to 11 U.S.C. § 362(d) to lift the automatic stay as to real property commonly referred to as 4840 179th St, Country Club Hills, IL 60478 ("Property"). In support of the Motion, the Movant states the following:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2. Michael L Ruff and Rochelle Fackler ("Debtors") filed a Chapter 13 case on June 26, 2019, ("Petition Date").

3. As of the Petition Date, the Movant was the holder of a claim secured by the Property, more particularly described in the mortgage ("Mortgage"), a copy of which is attached as Exhibit "A".

19-023952_CAM4

4. The above described Mortgage was given to secure a promissory note, ("Note"), dated April 25, 2003 and made payable to the Movant in the original sum of $127,950.00. A copy of the Note is attached hereto as Exhibit "B".

5. The Movant perfected an interest in the Property, more particularly described in the Mortgage, recorded in the Cook County Recorder's Office on August 30, 2003. Evidence of perfection is attached as Exhibit "A".

6. The loan was modified as set forth in the Loan Modification Agreements attached as Exhibit "C" and Exhibit "D".

7. As of September 13, 2019, the outstanding principal of the Note was $145,282.12 and the outstanding interest was $29,706.30.

8. The Debtor is in default post-petition. No post-petition payments have been made, therefore, a payment history is not attached.

9. Said failure to make post petition mortgage payments constitutes sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1);

10. The Property is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

   a. Debtor has no equity in the Property and the Property is not needed by the Debtor for its reorganization. Movant believes that the Property has a value of $102,000.00 based on the Debtors' Schedule A, which is attached hereto as Exhibit "E". The estimated principal balance is $145,282.12 with additional interest estimated at $29,706.30, escrow advance of $5,743.16, NSF fees of $20.00, and fees of $13,460.70, totaling a secured claim of approximately $194,212.28. After the costs of sale and payment of all liens on the Property, there will be effectively no equity in

19-023952_CAM4

    this Property. Based upon the lack of equity in the Property, Movant asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

    b. The Movant is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor has failed to make periodic payments to Creditor since July 1, 2019, which unpaid payments are in the aggregate amount of $3,403.74 through September 1, 2019. As of the filing of this motion, Debtor was to have made 3 post petition payments. No payments have been made by Debtor since the filing of the petition. Debtor is delinquent 3 post petition payments.

11. The Movant requests that the Court order that Rule 4001(a)(3) is not applicable.

WHEREFORE, the Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay and the Trustee is hereby directed to halt disbursements to Creditor upon the filing of the Order Granting Relief from the Automatic Stay.

    Respectfully submitted,

    /s/ Umair Malik

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

19-023952_CAM4

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL  60604, courtdocs@chi13.com

David M Siegel, Attorney for  Michael L Ruff and Rochelle Fackler, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September  20, 2019:

Michael L Ruff and Rochelle Fackler, 4840 W 179th, Country Club Hills, IL  60478

Rochelle Fackler, 4840 179th St, Country Club Hills, IL 60478

Fawn Ridge Condo, P.O. BOX 090159, Staten Island, NY  10309

/s/ Umair Malik

19-023952_CAM4