**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Michael L Ruff</u>    Case No.: <u>19-18122</u>    Chapter: <u>13</u>
<u>Rochelle Fackler</u>

All Cases: Moving Creditor: <u>Beal Bank USA</u>   Date Case Filed: <u>June 26, 2019</u>

Nature of Relief Sought  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing <u>09/19/2019</u> or Date Plan Confirmed _____<u>N/A</u>

Chapter 7:  ☐ No-Asset Report filed on _____
☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral

    a. ☒ Home  4840 179th St, Country Club Hills, IL 60478
    b. ☐ Car Year, Make, and Model _____
    c. ☐ Other (describe) _____

2. Balance Owed as of September 13, 2019: $<u>194,212.28</u>
   Total of all other Liens against Collateral: $<u>13,113.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>102,000.00, the Debtors' Schedule A</u>

5. Default

    a. ☐ Pre-Petition Default
       Number of months _____   Amount $_____

    b. ☒ Post-Petition Default
       i. ☒ On direct payments to the moving creditor
       Number of months <u>3</u>   Amount $<u>3,403.74</u>

       ii. ☐ On payments to the Standing Chapter 13 Trustee
       Number of months _____   Amount $_____

6. Other Allegations
    a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

        i.   ☐ No insurance
        ii.  ☐ Taxes unpaid Amount $_____
        iii. ☐ Rapidly depreciating asset
        iv.  ☒ Other <u>Failure to make post-petition payments since July 1, 2019</u>
    b. ☒ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)
    c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)

        v.   ☐ Bad Faith (describe) _____
        vi.  ☐ Multiple filings
        vii. ☐ Other (describe) _____
    d. Debtor's Statement of Intention regarding the Collateral

19-023952_CAM4

viii. ☐ Reaffirm    ix. ☐ Redeem    x. ☐ Surrender    xi. ☒ No Statement of Intentions Filed

Date: 09/20/2019

Respectfully submitted,

/s/ Umair Malik

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

(Rev. 12/21/09)

19-023952_CAM4