IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 19-18122 |
| MICHAEL L. RUFF and<br>ROCHELLE FACKLER, | CHAPTER 13 |
| Debtors. | JUDGE TIMOTHY A. BARNES |

NOTICE OF MOTION

TO:

Michael L. Ruff
Rochelle Fackler
4840 W. 179th
Country Club Hills, IL 60478
**BY U.S. MAIL**

David M. Siegel, Attorney for Debtor       **BY ELECTRONIC TRANSMISSION**
Marilyn O. Marshall, Chapter 13 Trustee   **BY ELECTRONIC TRANSMISSION**

PLEASE TAKE NOTICE that on October 10, 2019, at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable TIMOTHY A. BARNES, Bankruptcy Judge, at **219 South Dearborn Street, Courtroom #744, Chicago, Illinois**, and then and there present the attached Motion to Modify the Automatic Stay, a copy of which is hereby served upon you.

PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 25th day of September, 2019.

BY:  _____/s/ Terri M. Long_____
            TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax:   : (708) 922-3302
Atty. for FAWN RIDGE CONDOMINIUM ASSOCIATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

MICHAEL L. RUFF and
ROCHELLE FACKLER,

Debtors.

NO.  19-18122
CHAPTER 13

JUDGE TIMOTHY A. BARNES

MOTION TO MODIFY AUTOMATIC STAY

Now comes FAWN RIDGE CONDOMINIUM ASSOCIATION (hereinafter referred to as "Movant"), a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On June 26, 2019, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Movant is a homeowners' association, incorporated under the laws of the State of Illinois as a not-for-profit corporation and charged with the authority to administer the subject premises pursuant to the Declaration of the Association, duly recorded with the Recorder of Deeds.

3. Debtor is the legal owner of the property commonly known as 4840 W. 179th, Country Club Hills, Illinois 60478, which is subject to the terms and conditions of the Declaration.

4. The Declaration gives the Movant the right to collect assessments from owners such as the Debtor herein and to recover attorney' fees and costs from owners who fail to stay current on the terms of the Declaration.

5. The monthly assessment is $155.00 per month.

6. The Debtor has defaulted with respect to post-petition obligations pursuant to the terms of the Declaration in that the Debtor has failed to pay assessments and common expenses as required pursuant to the terms of the Declaration. As of the date hereof, there is due and owing to the Movant a total amount of $1,196.00 through September of 2019, and including late charges, attorney fees and court costs.

7. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, FAWN RIDGE CONDOMINIUM ASSOCIATION, its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said FAWN RIDGE CONDOMINIUM ASSOCIATION to take any and all action pursuant to state law with respect to its lien and with respect to property at 4840 W. 179th, Country Club Hills, Illinois 60478, and for such other and further relief as this Court may deem just.

FAWN RIDGE CONDOMINIUM ASSOCIATION, its Successors and/or Assigns

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for FAWN RIDGE CONDOMINIUM ASSOCIATION, its Successors and/or Assigns